United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW COUNSEL OF RECORD** |
| v. | |
| ULTRA CLEAN HOLDINGS, INC., et al., | |
| Defendants / | |

    Before the Court is a motion, filed November 30, 2005, by Thelen Reid & Priest LLP, counsel for plaintiff, seeking an order allowing the withdrawal of Richards Layton & Finger, former counsel for plaintiff.  There being no opposition, and good cause appearing, the motion is hereby GRANTED.

    **IT IS SO ORDERED.**

Dated:  December 12, 2005

MAXINE M. CHESNEY
United States District Judge