1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  RADHIKA TANDON, Bar No. 209126
   (rtandon@perkinscoie.com)
4  SHREYA RAMCHANDANI, Bar No. 232041
   (sramchandani@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
7  Facsimile:    (650) 838-4350

8  Attorneys for Defendants/Counterclaimant
   ULTRA CLEAN TECHNOLOGY SYSTEMS AND
9  SERVICE, INC., and ULTRA CLEAN HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC. | Case No. C 05-CV-04374 MMC |
| Plaintiff/Counter-Defendant, | (consolidated with No. C-05-CV-03560 MMC) |
| v. | |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. | **JOINT STIPULATION AND ORDER GRANTING DEFENDANT ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. AND ULTRA CLEAN HOLDINGS, INC. LEAVE TO FILE COUNTERCLAIM** |
| Defendant/Counterclaimant | |
| and | |
| ULTRA CLEAN HOLDINGS, INC. | |
| Defendant. | |

JOINT STIPULATION & [PROPOSED] ORDER GRANTING
DEF'S ULTRA CLEAN TECH. SYSTEMS & ULTRA CLEAN
HOLDINGS LEAVE TO FILE COUNTERCLAIM
Case No. 05-CV-04374 MMC
Consolidated with No. 05-CV-03560 MMC

1  WHEREAS, Defendant Ultra Clean Technology Systems and Service, Inc. ("Ultra Clean Technology") and Ultra Clean Holdings, Inc. ("Ultra Clean Holdings") seek to add a Counterclaim for inequitable conduct against U.S. Patent No. 6,142,539; U.S. Patent No. 6,189,570; U.S. Patent No. 6,192,938; U.S. Patent No. 6,293,310; U.S. Patent No. 6,394,138; U.S. Patent No. 6,435,215; and U.S. Patent No. 6,474,700 (collectively the "patents-in-suit") to the litigation;

WHEREAS, after the parties to this litigation ("the parties") met and conferred, the parties have agreed to allow Ultra Clean Technology and Ultra Clean Holdings assert a Counterclaim of inequitable conduct against the patents-in-suit as provided in Exhibit 1 attached hereto;

WHEREAS, if the Court grants the parties' stipulated request for leave, the parties have agreed to file its respective answers, affirmative defenses, and replies within 20 days after entry of the Counterclaim;

WHEREAS, the parties have agreed that they will not challenge the Counterclaim by filing motions to dismiss or strike;

WHEREAS, the parties agree that the filing of the Counterclaim will not affect the Court's scheduling order in the case;

The parties therefore stipulate that Ultra Clean Technology and Ultra Clean Holdings are permitted to file the Counterclaim as provided in Exhibit 1 attached hereto.  The parties further stipulate that they will file their respective answers, affirmative defenses, and replies within 20 days from entry of the Counterclaim.  The parties further stipulate that the Counterclaim will not be challenged by motions to dismiss or strike.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 16, 2006 | **PERKINS COIE LLP** |
| 3 | | By  s/Lisa Kobialka |
| 4 | | Lisa Kobialka<br>Attorney for Defendant/Counterclaimant<br>Ultra Clean Technology Systems and Service, Inc., |
| 5 | | |
| 6 | DATED: May 16, 2006 | **THELEN REID & PRIEST LLP** |
| 7 | | |
| 8 | | By  s/Keith Slenkovich<br>Keith Slenkovich<br>Attorney for Plaintiff/Counterdefendant |
| 9 | | Celerity, Inc. |

- 3 -
JOINT STIPULATION & [PROPOSED] ORDER GRANTING
DEF'S ULTRA CLEAN TECH. SYSTEMS & ULTRA CLEAN
HOLDINGS LEAVE TO FILE COUNTERCLAIM        [42368-0003/BY060930.086.DOC]
Case No. 05-CV-04374 MMC
Consolidated with No. 05-CV-03560 MMC

1  THE COURT ORDERS as follows:

2      1.    The parties' stipulated request for leave to file the Counterclaim is GRANTED and Ultra Clean Technology and Ultra Clean Holdings may, no later than May 26, 2006, file their proposed Counterclaim, which is attached as Exhibit 1 to the parties' stipulation filed May 16, 2006.

    2.    The parties shall file their respective answers, affirmative defenses, and replies within 20 days from the date the Counterclaim is filed.

IT IS SO ORDERED.

DATED: May 17, 2006        By   */s/ Maxine M. Chesney*
                                Honorable Maxine M. Chesney
                                United States District Judge