**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. 05-4374 MMC |
|      Plaintiff/Counter-Defendant | (consolidated with C-05-3560 MMC) |
|   v. | **ORDER DENYING PLAINTIFF'S** |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. | **ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; DIRECTIONS TO CLERK** |
|      Defendant/Counterclaimant | |
|   and | |
| ULTRA CLEAN HOLDINGS, INC., | |
|      Defendant                   / | |

Before the Court is plaintiff's administrative motion, filed August 3, 2006, to file under seal the Declaration of Keith Slenkovich in Support of Plaintiff Celerity, Inc.'s Reply to Defendants' Claim Construction Statement. Plaintiff represents that material referenced in and attached to said declaration has been designated by defendants as confidential.

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civil L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing

1  order, or must withdraw the designation of confidentiality."  Id.  "If the designating party

2  does not file its responsive declaration as required by this subsection, the document or

3  proposed filing will be made part of the public record."  Id.

4        Here, the designating parties, defendants, have not filed a responsive declaration

5  within the time provided under Civil Local Rule 79-5(d).

6        Accordingly, plaintiff's administrative motion is hereby DENIED, and the Clerk of the

7  Court is hereby DIRECTED to file in the public record the Declaration of Keith Slenkovich in

8  Support of Plaintiff Celerity, Inc.'s Reply to Defendants' Claim Construction Statement.  See

9  Civil L.R. 79-5(d).

10       **IT IS SO ORDERED.**

11

12  Dated: August 10, 2006

13

MAXINE M. CHESNEY
United States District Judge

2