| | |
|---|---|
| 1 | PAUL J. ANDRE, Bar No. 196585 (pandre@perkinscoie.com) |
| 2 | LISA KOBIALKA, Bar No. 191404 (lkobialka@perkinscoie.com) |
| 3 | RADHIKA TANDON, Bar No. 209126 (rtandon@perkinscoie.com) |
| 4 | SHREYA RAMCHANDANI, Bar No. 232041 (sramchandani@perkinscoie.com) |
| 5 | JAMES HANNAH, Bar No. 237978 (jhannah@perkinscoie.com) |
| 6 | PERKINS COIE LLP |
|   | 101 Jefferson Drive |
| 7 | Menlo Park, CA 94025 |
|   | Telephone:   (650) 838-4300 |
| 8 | Facsimile:   (650) 838-4350 |
| 9 | Attorneys for Defendants/Counterclaimant |
|   | ULTRA CLEAN TECHNOLOGY SYSTEMS AND |
| 10 | SERVICE, INC., and ULTRA CLEAN HOLDINGS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CELERITY, INC. | Case No. C 05-CV-04374 MMC |
| Plaintiff/Counter-Defendant, | (consolidated with No. C-05-CV-03560 MMC) |
| v. | |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. | **ORDER GRANTING CELERITY, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** |
| Defendant/Counterclaimant | |
| and | |
| ULTRA CLEAN HOLDINGS, INC. | **(Local Rule 79-5(d))** |
| Defendant. | |

[PROPOSED] SEALING ORDER IN SUPPORT OF
CELERITY, INC.'S MISCELLANEOUS ADMINISTRATIVE
REQUEST TO FILE DOCUMENT UNDER SEAL
Lead Case No. 05-CV-04374 MMC
Consolidated with No. 05-CV-03560 MMC

[42368-0003/Proposed Sealing Order BY062220.166.DOC]

1    On August 3, 2006, Plaintiff Celerity, Inc. filed a Miscellaneous Administrative Request to

2  File Document Under seal with respect to the following document:

**DECLARATION OF KEITH SLENKOVICH IN REPLY TO
DEFENDANTS' CLAIM CONSTRUCTION BRIEF**

Good cause appearing from the Declaration of Lisa Kobialka, IT IS HEREBY ORDERED

that Plaintiff's administrative request is GRANTED and the foregoing document shall be filed

under seal.

The Court's Order Denying Plaintiff's Administrative Request to File Document Under

Seal; Directions to Clerk, filed August 10, 2006, is hereby VACATED.

IT IS SO ORDERED.

DATED: August 14, 2006       By _____
                                Honorable Maxine M. Chesney
                                United States District Judge

[PROPOSED] SEALING ORDER IN SUPPORT OF
CELERITY, INC.'S MISCELLANEOUS ADMINISTRATIVE
REQUEST TO FILE DOCUMENT UNDER SEAL           [42368-0003/Proposed Sealing Order BY062220.166.DOC]
Lead Case No. 05-CV-04374 MMC
Consolidated with No. 05-CV-03560 MMC