1   KEITH L. SLENKOVICH,  CA BAR NO. 129793
    kslenkovich@thelenreid.com
2   ROBERT E. CAMORS, JR.,  CA BAR NO. 121204
    bobcamors@thelenreid.com
3   RICHARD SWOPE,  CA BAR NO. 233200
    rswope@thelenreid.com
4   THELEN REID & PRIEST LLP
    225 West Santa Clara Street, Suite 1200
5   San Jose, CA  95113-1723
    Tel. 408.292.5800
6   Fax 408.287.8040

7   Attorneys for Plaintiff/Counterdefendant
    CELERITY, INC.

8

9

10                  **UNITED STATES DISTRICT COURT**

11          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                     **SAN FRANCISCO DIVISION**

13
    CELERITY, INC.,                          **CASE NO.: 05-CV-04374 MMC**
14                                           **Consolidated with No. 05-CV-03560 MMC**
                Plaintiff/Counterdefendant,
15
         v.                                  **ORDER GRANTING PLAINTIFF**
16                                           **CELERITY, INC. PERMISSION TO**
    ULTRA CLEAN TECHNOLOGY                   **BRING EQUIPMENT INTO**
17  SYSTEMS AND SERVICE, INC.,               **COURTROOM FOR CLAIM**
                                             **CONSTRUCTION HEARING**
18              Defendant/Counterclaimant,
                                             **(Patent Local Rule 4-5)**
19       and
                                             Date:      August 21, 2006
20  ULTRA CLEAN HOLDINGS, INC.,              Time:      9:00 a.m.
                                             Before:    Judge Maxine M. Chesney
21              Defendant.                   Location:  Courtroom 7

22

23

24

25

26

27

28

1    Celerity, Inc., has requested permission to bring certain equipment into the courtroom for

2 the hearing presently set for August 21, 2006 at 9:00 AM.  IT IS HEREBY ORDERED that

3 Celerity, Inc., shall be permitted to bring the following items into the courtroom for the claim

4 construction hearing scheduled for August 21, 2006 at 9:00 AM:

5

6         1.      Compaq nc6000 notebook computer

7         2.      Logitech mouse

8         3.      Mitusbishi LVP-X70U projector

9         4.      power cords

10        5.      connections cords

11        6.      extension cord

12        7.      power strip

13        8.      pen-style laser pointer

14

15    In the event Celerity, Inc. seeks access to the courtroom before August 21, 2006 at 9:00

16 A.M., Celerity, Inc. shall contact Deputy Clerk Tracy Lucero to schedule a time for such access.

17 IT IS SO ORDERED

18
Dated:  August __15__, 2006         _____

19                                       Honorable Maxine M. Chesney
                                        United States District Court Judge
20

21
                              Respectfully submitted,
22
Dated:  August 14, 2006
23                                       THELEN REID & PRIEST LLP

24                                       By    ____/s/_____

25                                            Keith L. Slenkovich
                                             Robert E. Camors, Jr.
26                                            Richard S. Swope
                                             Attorneys for Plaintiff/Counterdefendant
27                                            CELERITY, INC.

28

THELEN REID
& PRIEST LLP

[PROPOSED] ORDER GRANTING PLAINTIFF CELERITY, INC. PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR
CLAIM CONSTRUCTION HEARING
Lead Case No. 05-CV-04374 MMC

SV #261863 v1