PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
RADHIKA TANDON, Bar No. 209126
(rtandon@perkinscoie.com)
SHREYA RAMCHANDANI, Bar No. 232041
(sramchandani@perkinscoie.com)
JAMES HANNAH, Bar No. 237978
(jhannah@perkinscoie.com)
AMY SUN, Bar No. 237185
(asun@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:     (650) 838-4300
Facsimile:     (650) 838-4350

Attorneys for Defendants/Counterclaimant
ULTRA CLEAN TECHNOLOGY SYSTEMS AND
SERVICE, INC. and ULTRA CLEAN HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., <br><br> Defendant/Counterclaimant <br><br> and <br><br> ULTRA CLEAN HOLDINGS, INC., <br><br> Defendant. | Case No. C 05-CV-04374 MMC <br><br> (consolidated with No. C-05-CV-03560 MMC) <br><br> **ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM CONSTRUCTION HEARING** |

Defendants Ultra Clean Technology Systems and Service, Inc. and Ultra Clean Holdings, Inc., have requested permission to bring certain equipment into the courtroom for the claim construction hearing on August 21, 2006 at 9:00 a.m.

- 2 -

1   IT IS HEREBY ORDERED that Defendants' miscellaneous administrative motion is
2   GRANTED and Defendants shall be permitted to bring the following items into the courtroom for
3   the claim construction hearing on August 21, 2006 at 9:00 a.m.:

4      1. Projector
5      2. Laptop computer
6      3. Power cord
7      4. Surge protector
8      5. Computer mouse
9      6. A PVC pipe roughly 24 inches in length

10   In the event defendants seek access to the courtroom before August 21, 2006 at 9:00 a.m.,
11   defendants shall contact Deputy Clerk Tracy Lucero to schedule a time for such access.
12   IT IS SO ORDERED.

14   DATED: August 16, 2006

*[signature]*
Honorable Maxine M. Chesney
United States District Judge