| | |
|---|---|
| 1 | KEITH L. SLENKOVICH, CA BAR NO. 129793 |
|   | kslenkovich@thelenreid.com |
| 2 | ROBERT E. CAMORS, JR., CA BAR NO. 121204 |
|   | bobcamors@thelenreid.com |
| 3 | THELEN REID & PRIEST LLP |
|   | 225 West Santa Clara Street, Suite 1200 |
| 4 | San Jose, CA  95113-1723 |
|   | Tel. 408.292.5800 |
| 5 | Fax 408.287.8040 |

6 PAUL J. ANDRE, CA BAR NO. 196585
(pandre@perkinscoie.com)
7 LISA KOBIALKA, CA BAR NO. 191404
(lkobialka@perkinscoie.com)
8 PERKINS COIE LLP
101 Jefferson Drive
9 Menlo Park, CA 94025
Tel. 650.838.4300
10 Fax 650.838.4350

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CELERITY, INC., | **CASE NO. 05-CV-04374 MMC** |
|---|---|
| Plaintiff, | **(CASE NO. 05-CV-03560 MMC consolidated with lead case 05-CV-04374)** |
| vs. | |
| ULTRA CLEAN HOLDINGS, INC., and ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., | **STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE DATE** |
| Defendants. | |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., | |
| Counter-claimant, | |
| v. | |
| CELERITY, INC., | |
| Counter-defendant. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE DATE
Lead Case No.: 05-CV-04374 MMC
Consolidated with No. 05-CV-03560 MMC

1  Good cause appearing therefore, it is here stipulated by and between the parties herein that
2  the Settlement Conference before Magistrate Spero currently scheduled for October 31, 2006 and
3  all pre-mediation deadlines associated therewith be continued for at least 30 days to give the court
4  time to issue its claims construction order issues in this case.  The parties shall confer with
5  Magistrate Spero's office to determine the precise date for the rescheduled Settlement Conference.
6      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  September 7, 2006           THELEN, REID & PRIEST, LLP

By:     /s/
KEITH L. SLENKOVICH
ROBERT E. CAMORS, JR.
RICHARD S. SWOPE
Attorneys for CELERITY, INC.

Dated:  September 7, 2006           PERKINS COIE LLP

By:     /s/
PAUL J. ANDRE
LISA KOBIALKA
SHREYA RAMCHANDANI
Attorneys for ULTRA CLEAN HOLDINGS, INC.
and ULTRA CLEAN TECHNOLOGY
SYSTEMS AND SERVICES, INC.

    I, Keith L. Slenkovich, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  September 7, 2006     By:     /s/
KEITH L. SLENKOVICH
Attorney for CELERITY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 8, 2006

Maxine M. Chesney
United States District Judge