UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | Case No. C-05-4374 MMC (JCS) and Consolidated Case No. C-05-3560 MMC |
| Plaintiff(s), | |
| v. | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| ULTRA CLEAN HOLDINGS, INC., ET AL., | |
| Defendant(s). | (E-FILING CASES) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Settlement Conference previously scheduled for October 31, 2006, at 9:30 a.m., has been continued until **January 29, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**Additionally, the following individuals and counsel are ORDERED to meet and confer *in person* on or before January 15, 2007, to discuss settlement: Nicol Hebert and/or Eric Redemann for Celerity, Inc., and Sowmya Krishnan and/or Bruce Wier for Ultra Clean Holdings Inc., et al.  If the client representatives desire, lead counsel for Plaintiff(s), and lead counsel for Defendant(s) may also attend.  Two weeks before the meeting, Plaintiff(s) shall make a settlement proposal, in writing, with a copy to the undersigned.  One week before the meeting, Defendant(s) shall respond and make a counter-proposal, in writing, with a copy to the undersigned.**

Lead trial counsel shall appear at the Settlement Conference with the parties.  The principals Nicol Hebert and/or Eric Redemann, and Sowmya Krishnan and/or Bruce Wier shall also attend the Settlement Conference.

x

Each party shall prepare a Settlement Conference Statement, which must be lodged with the undersigned's Chambers **no later than January 15, 2007**. The Settlement Conference Statement should **not** be electronically filed with the Clerk of the Court, and need not be served on opposing counsel.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference. Counsel shall provide a copy of this order to each party who will participate in the conference.

IT IS SO ORDERED.

Dated: November 6, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge