KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelenreid.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelenreid.com
RICHARD S. SWOPE, CA BAR NO. 233200
rswope@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC.,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,<br><br>　　　　Defendant/Counterclaimant,<br><br>　　and<br><br>ULTRA CLEAN HOLDINGS, INC.,<br><br>　　　　Defendant. | **CASE NO.: 05-CV-04374 MMC**<br>**Consolidated with No. 05-CV-03560 MMC**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR SHORTENING TIME**<br><br>Date:　December 20, 2006<br>Time:　9:30 a.m.<br>Place:　450 Golden Gate Ave., San Francisco, CA<br>　　　　Courtroom F, 15th Floor<br>Judge: Hon. James Larson |

SV #274989 v1　　　　-1-

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR SHORTENING TIME
Lead Case No. 05-CV-04374 MMC

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

[~~PROPOSED~~] ORDER

In order to preserve the current case schedule in this case, Plaintiff Celerity, Inc.'s request pursuant to Local Rule 6-2 of the Northern District of California Local Civil Rules, for a stipulated order shortening the thirty-five day notice requirement for hearing of its Motion for Protective Order to allow the Motion for Protective Order to be heard prior to the close of nonexpert discovery scheduled for December 22, 2006 is granted. The opposition brief will be filed December 13, 2006, the reply brief will be filed December 15, 2006, and the motion for protective order will be heard December 20, 2006.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/14/06 _____



IT IS SO ORDERED
Judge James Larson