ORIGINAL FILED

JAN 8 − 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JAN 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  RADHIKA TANDON, Bar No. 209126
   (rtandon@perkinscoie.com)
4  SHREYA RAMCHANDANI, Bar No. 232041
   (sramchandani@perkinscoie.com)
5  JAMES HANNAH, Bar No. 237978
   (jhannah@perkinscoie.com)
6  AMY SUN, Bar No. 237185
   (asun@perkinscoie.com)
7  PERKINS COIE LLP
   101 Jefferson Drive
8  Menlo Park, CA 94025
   Telephone:   (650) 838-4300
9  Facsimile:   (650) 838-4350

10 Attorneys for Defendants/Counterclaimant
   ULTRA CLEAN TECHNOLOGY SYSTEMS AND
11 SERVICE, INC., and ULTRA CLEAN HOLDINGS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC. | LEAD Case No. C 05-CV-04374 MMC (consolidated with No. C-05-CV-03560 MMC) |
| Plaintiff/Counter-Defendant, | |
| v. | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. | |
| Defendant/Counterclaimant | |
| and | |
| ULTRA CLEAN HOLDINGS, INC. | |
| Defendant. | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
42368-0003/LEGAL12931731.1

LEAD CASE NO. 05-CV-04374 MMC
Consolidated with No. C-05-CV-03560 MMC

1  Defendant and Counterclaimant Ultra Clean Technology Systems and Service, Inc. and
2  Defendant Ultra Clean Holdings, Inc. (collectively "Ultra Clean") Administrative Motion for
3  Leave to File Documents Under Seal was brought before this Court.  Upon consideration of this
4  motion, the memorandum of points and authorities, and the supporting declaration of Lisa
5  Kobialka filed therewith, the Court finds there to be good cause for granting Ultra Clean's request
6  to file documents under seal.

7  GOOD CAUSE having been shown, the Court finds that:

8  (1)  The parties possess overriding confidentiality interests that overcome the right of
9  public access to the record in the following documents:

10  (2)  The parties' overriding confidentiality interests support sealing the record;

11  (3)  A substantial probability exists that the parties' overriding confidentiality interests
12  will be prejudiced if the record is not sealed;

13  (4)  The proposed sealing is narrowly tailored; and

14  (5)  No less restrictive means exist to achieve this overriding interest.

16  IT IS THEREFORE ORDERED that Ultra Clean's Motion for Leave to File Documents
17  Under Seal is GRANTED.

19  IT IS SO ORDERED.

21  DATED: _1-06-27_

The Honorable James Larson
Magistrate Judge

**PROOF OF SERVICE**

I, Steven D. Dennison, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA 94025-1114. I am personally familiar with the business practice of Perkins Coie LLP. On December 27, 2006, I served the following document(s):

**[PROPOSED]**
**ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

> Keith L. Slenkovich  kslenkovich@thelenreid.com
> Robert E. Camors, Jr.  bobcamors@thelenreid.com
> Richard S. Swope  rswope@thelenreid.com
> Thelen Reid & Priest LLP
> 225 West Santa Clara Street, Suite 1200
> San Jose, California 95113

_X_ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_X_ (By E-Mail) I caused all documents to be sent by Automatic E-Mail to the individuals indicated above

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at Menlo Park, California.

DATED: December 27, 2006        _____
                                Steven D. Dennison