KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelenreid.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelenreid.com
RICHARD S. SWOPE, CA BAR NO. 233200
rswope@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CELERITY, INC.,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,<br><br>　　　　Defendant/Counterclaimant,<br><br>　　and<br><br>ULTRA CLEAN HOLDINGS, INC.,<br><br>　　　　Defendant. | **CASE NO.: 05-CV-04374 MMC**<br>**Consolidated with No. 05-CV-03560 MMC**<br><br>[~~XXXXXXXX~~] [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5)** |

-2-

Because good cause exists to support the sealing of documents containing trade secrets and confidential information, and because the request is narrowly tailored, plaintiff and counterdefendant Celerity, Inc.'s request to file documents under seal is granted.

IT IS SO ORDERED

DATED: January 9, 2007

_____
Hon. J...
United...

*IT IS SO ORDERED — Judge James Larson (seal: United States District Court, Northern District of California)*

SV #277344 v1
[PROPOSED] ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5)
Lead Case No. 05-CV-04374 MMC