KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelen.com
RICHARD S. SWOPE, CA BAR NO. 233200
rswope@thelen.com
SAMUEL J. MASELLI, CA BAR NO. 219503
smaselli@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Tel. 408.292.5800
Fax 408.287.8040

PAUL J. ANDRE, CA BAR NO. 196585
pandre@perkinscoie.com
LISA KOBIALKA, CA BAR NO. 191404
lkobialka@perkinscoie.com
RADHIKA TANDON, CA BAR NO. 209126
rtandon@perkinscoie.com
SHREYA RAMCHANDANI, CA BAR NO. 232041
sramchandani@perkinscoie.com
JAMES HANNAH, CA BAR NO. 237978
jhannah@perkinscoie.com
AMY SUN, CA BAR NO. 237185
asun@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Tel: 650.838.4300
Fax: 650.838.4350

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., <br><br> Plaintiff/Counter-defendant <br> vs. <br><br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., <br><br> Defendant/Counterclaimant <br><br> and <br><br> ULTRA CLEAN HOLDINGS, INC. <br><br> Defendant. | **CASE NO. 05-CV-04374 MMC** <br><br> **(CASE NO. 05-CV-03560 MMC consolidated with lead case 05-CV-04374)** <br><br> **STIPULATION AND [PROPOSED] ORDER** |

1    Celerity, Inc. ("Celerity") has informed Ultra Clean Holdings, Inc. and Ultra Clean
2    Systems and Services, Inc. that it is withdrawing its assertion of infringement of U.S. Patent No.
3    6,192,938 ("the '938 patent") and claim 32 of U.S. Patent No. 6,394,138 ("the '138 patent").  In
4    light of Celerity's decision to withdraw these allegations of infringement, the parties have
5    stipulated that the '938 patent and claim 32 of the '138 patent are no longer at issue in this case.

6    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

8    Dated:  January 26, 2007                THELEN, REID BROWN RAYSMAN
9                                            & STEINER, LLP

11                           By:     _____/s/_____
                                     KEITH L. SLENKOVICH
12                                   ROBERT E. CAMORS, JR.
                                     RICHARD S. SWOPE
13                                   SAMUEL J. MASELLI
                                     Attorneys for CELERITY, INC.

15   Dated:  January 26, 2007                PERKINS COIE LLP

18                           By:     _____/s/_____
                                     PAUL J. ANDRE
19                                   LISA KOBIALKA
                                     RADHIKA TANDON
20                                   SHREYA RAMCHANDANI
                                     JAMES HANNAH
21                                   AMY SUN
                                     Attorneys for ULTRA CLEAN HOLDINGS, INC.
22                                   and ULTRA CLEAN TECHNOLOGY
                                     SYSTEMS AND SERVICES, INC.

24       IT IS SO ORDERED.

26   Dated: January 29, 2007                 _____
                                             Maxine M. Chesney
27                                           United States District Judge