UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>ULTRA CLEAN HOLDINGS, INC., ET AL.,<br><br>        Defendant(s).<br>_____/ | Case No. C-05-4374 MMC (JCS) and Consolidated Case No. C-05-3560 MMC<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **May 1, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Updated confidential settlement conference statements shall be lodged with Chambers **no later than April 24, 2007**.

Lead trial counsel shall appear at the conference with the parties having full and unlimited authority to negotiate and settle the case.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's February 14, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: February 7, 2007

                                                                     JOSEPH C. SPERO<br>                                                                      United States Magistrate Judge