United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CELERITY, INC.,                              No. C-05-4374 MMC

12            Plaintiff/Counter-Defendant        (Consolidated with C-05-3560 MMC)
      v.
13                                               **ORDER GRANTING IN PART AND**
    ULTRA CLEAN TECHNOLOGY SYSTEMS               **DENYING IN PART AS MOOT**
14  AND SERVICE, INC.                            **DEFENDANTS' MOTION FOR LEAVE TO**
                                                 **FILE DOCUMENTS UNDER SEAL;**
15            Defendant/Counterclaimant          **DIRECTIONS TO CLERK**

16       and

17  ULTRA CLEAN HOLDINGS, INC.

18            Defendant
                                          /
19

20       Before the Court is defendants' motion, filed March 2, 2007, for leave to file five

21  unredacted documents under seal.

22       Good cause appearing from the Declaration of Lisa Kobialka, the motion is hereby

23  GRANTED in part, and the Clerk is hereby directed to file under seal the following four

24  documents:

25       1.  Declaration of Steven Velinksy in Support of Ultra Clean Technology System and

26  Service, Inc.'s and Ultra Clean Holdings, Inc.'s Motion for Summary Judgment of

27  Noninfringement of Patents-in-Suit;

28       2.  Declaration of Sean M. Boyle in Support of Ultra Clean Technology System and

1    Service, Inc.'s and Ultra Clean Holdings, Inc.'s Motion for Summary Judgment of

2    Noninfringement of the Patents-in-Suit;

3         3.  Memorandum of Points and Authorities in Support of Ultra Clean Technology

4    System and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Motion for Summary Judgment

5    of Noninfringement of the Patents-in-Suit; and

6         4.  Declaration of Lisa Kobialka in Support of Ultra Clean Technology System and

7    Service, Inc.'s and Ultra Clean Holdings, Inc.'s Motion for Summary Judgment of Invalidity

8    of the Patents-in-Suit Pursuant to Fed. R. Civ. 56.

9         With respect to the remaining document, specifically, the unredacted Declaration of

10   Amy Sun in Support of Ultra Clean Technology System and Service, Inc.'s and Ultra Clean

11   Holdings, Inc.'s Motion for Summary Judgment of Non-Willful Infringement Pursuant to Fed.

12   R. Civ. P. 56 ("Sun Declaration"), defendants' motion is hereby DENIED as moot, as the

13   Motion for Summary Judgment of Non-Willful Infringement has been withdrawn.

14         The Clerk is directed to hold the original and the submitted copies of the Sun

15   Declaration for three court days in order to afford defendants the opportunity to retrieve

16   them, and thereafter, if the original and copies are not so retrieved, to dispose of them.

17   See Civil L.R. 79-5(e).

18        **IT IS SO ORDERED.**

19

20   Dated:  March 15, 2007

21                                        MAXINE M. CHESNEY
                                            United States District Judge

22

23

24

25

26

27

28