United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CELERITY, INC.,

              Plaintiff/Counter-Defendant

   v.

ULTRA CLEAN TECHNOLOGY SYSTEMS
AND SERVICE, INC.

          Defendant/Counterclaimant

   and

ULTRA CLEAN HOLDINGS, INC.

          Defendant
_____/

No. C-05-4374 MMC

(Consolidated with C-05-3560 MMC)

**ORDER DENYING OBJECTIONS TO
MAGISTRATE JUDGE LARSON'S
ORDER FILED FEBRUARY 28, 2007**

Before the Court are defendants' objections, filed March 9, 2007, to Magistrate
Judge James Larson's Order, filed February 28, 2007.

Having fully considered the matter, the Court hereby DENIES the objections, for the
reason defendants have failed to show the subject Order is clearly erroneous or contrary to
law.  See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's
order where it has been shown to be clearly erroneous or contrary to law).[1]

To the extent defendants may be arguing that plaintiff, in light of the Order, is
requesting discovery that defendants believe is outside the scope of said Order, e.g.,

_____

[1]Contrary to defendants' argument, the Court does not read the Order as requiring
disclosure of "metadata" not reflecting an opinion conveyed to defendants by counsel.
(See Order at 8:11 ("What is not discoverable is legal analysis that was not communicated
to the client.").)

1  discovery concerning patents as to which defendants have not asserted an advice-of-

2  counsel defense, defendants may seek appropriate relief from Judge Larson, if the parties,

3  after meeting and conferring, are unable to resolve any such dispute.

4      **IT IS SO ORDERED.**

5

6  Dated:  March 22, 2007

7  MAXINE M. CHESNEY
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28