KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelen.com
SAMUEL J. MASELLI, CA BAR NO. 219503
smaselli@thelen.com
RICHARD S. SWOPE, CA BAR NO. 233200
rswope@thelen.com
KARIN M. FRENZA, CA BAR NO. 244606
kfrenza@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC.,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,<br><br>Defendant/Counterclaimant,<br><br>and<br><br>ULTRA CLEAN HOLDINGS, INC.,<br><br>Defendant. | **CASE NO.: 05-CV-04374 MMC**<br><br>**(Consolidated with No. 05-CV-03560 MMC)**<br><br>**ORDER RE STIPULATION SHORTENING TIME RE: PLAINTIFF'S EVIDENTIARY OBJECTIONS AND MOTIONS TO STRIKE NELSON URDANETA, DECLARATION OF STEVEN VELINSKY, PROFFERED TESTIMONY OF AUBREY HELMS AND DEFENDANTS' APPENDIX A IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY AND NONINFRINGMENT** |

SV #287157 v1                    -1-

**[PROPOSE D] ORDER AND STIPULATION SHORTENING TIME (L.R. 6-2)**
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC

Pursuant to Civil Local Rule 6-2, Plaintiff and Counterdefendant Celerity, Inc. ("Celerity"), Defendant/counterclaimant Ultra Clean Technologies System and Service, Inc., and Defendant Ultra Clean Holdings, Inc. (collectively "Ultra Clean") respectfully submit the following stipulated request for an order shortening time:

1. Whereas on March 2, 2007 Ultra Clean filed a Motion for Summary Judgment of Noninfringement (docket no. 134) and a Motion for Summary Judgment of Invalidity (docket no. 130) (collectively "Ultra Clean's Summary Judgment Motions");

2. Whereas the hearing on Ultra Clean's Summary Judgment Motions was noticed for April 6, 2007.

3. Whereas on March 16, 2007 and March 17, 2007 Celerity filed (1) Evidentiary Objections, Motion in Limine, and Motion to Strike the Proffered Testimony of Nelson Urdaneta (docket no. 160); (2) Evidentiary Objections and Motion to Strike the Declaration of Steven Velinsky in Support of Defendants' Motion for Summary Judgment of Noninfringement (docket no. 163); and (3) Evidentiary Objections and Motion to Strike Proffered Testimony of Aubrey Helms Dependant on U.S. Patent 3,294,140 in Support of Defendants' Motion for Summary Judgment of Invalidity (docket no. 165); and (4) Evidentiary Objection and Motion to Strike Defendants' Appendix A to Memorandum of Points and Authorities in Support of their Motion for Summary Judgment of Invalidity (docket no. 173) (collectively "Celerity's Evidentiary Motions");

4. Whereas pursuant to local rule, the hearing on Celerity's Evidentiary Motions was noticed for April 20, 2007[1], which is two weeks after the hearing on Ultra Clean's Summary Judgment Motion; and

5. Whereas the evidence and arguments to be considered by the Court in determining Ultra Clean's Summary Judgment Motions are dependent in part on the Court's ruling on Celerity's Evidentiary Motions;

---

[1] With respect to Celerity's Evidentiary Objections and Motion to Strike the Declaration of Steven Velinsky in Support of Defendants' Motion for Summary Judgment of Noninfringement, the caption of the motion inadvertently set the hearing date as April 6, 2007, although the motion was actually noticed for April 20, 2007.

1   Now therefore, IT IS STIPULATED AND AGREED to by and between the Parties as
2   follows:
3   Celerity's Evidentiary Motions shall be heard on April 6, 2007 at 9:00 a.m., before the
4   Honorable Maxine M. Chesney, United States District Court Judge, in Courtroom 7 of the United
5   States District Court for the Northern District of California, San Francisco Division.
6   Ultra Clean's time to file and serve its Oppositions to Celerity's Evidentiary Motions is
7   shortened to Wednesday, March 28, 2007.  Celerity shall file and serve its Replies to Ultra Clean's
8   Oppositions on or before Monday, April 2, 2007.
9   SO STIPULATED

Dated: March 20, 2007        THELEN REID BROWN RAYSMAN & STEINER LLP

By  /s/_____
     KEITH L. SLENKOVICH
     ROBERT E. CAMORS
     SAMUEL J. MASELLI
     RICHARD SWOPE
     KARIN M. FRENZA
     Attorneys for Plaintiff/Counterdefendant
     CELERITY, INC.

Dated: March 20, 2007        PERKINS COIE, LLP

By  /s/_____
     PAUL J. ANDRE
     LISA KOBIALKA
     JAMES HANNAH
     AMY SUN
     SEAN BOYLE
     Attorneys for Defendant/Counterclaimant ULTRA
     CLEAN TECHNOLOGY SYSTEMS AND SERVICE,
     INC. and Defendant ULTRA CLEAN HOLDINGS,
     INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that any opposition shall be filed no later than March 27, 2007, and any reply shall be filed no later than March 30, 2007.  All parties must provide chambers copies of any electronically-filed document by noon the next court day following such filing.

Dated: March 23, 2007

_____
Hon. Maxine M. Chesney
United States District Court Judge