KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelen.com
SAMUEL J. MASELLI, CA BAR NO. 219503
smaselli@thelen.com
RICHARD S. SWOPE, CA BAR NO. 233200
rswope@thelen.com
KARIN M. FRENZA, CA BAR NO. 244606
kfrenza@thelen.com

THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., <br><br> Defendant/Counterclaimant, <br><br> and <br><br> ULTRA CLEAN HOLDINGS, INC., <br><br> Defendant. | **CASE NO.: 05-CV-04374 MMC** <br><br> **(Consolidated with No. 05-CV-03560 MMC)** <br><br> **ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5)** |

SV #286884 v1                                -1-

**[PROPOSED] ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5)**
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC

Because good cause exists to support the sealing of documents containing trade secrets and confidential information, and because the request is narrowly tailored, plaintiff and counterdefendant Celerity, Inc.'s request to file under seal unredacted versions of the following documents is granted:

1. PLAINTIFF CELERITY, INC.'S EVIDENTIARY OBJECTIONS, MOTION IN LIMINE, AND MOTION TO STRIKE THE PROFFERED TESTIMONY OF NELSON URDANETA.

2. PLAINTIFF CELERITY, INC.'S EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE THE DECLARATION OF STEVEN VELINSKY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF PATENTS-IN-SUIT.

3. OPPOSITION OF PLAINTIFF CELERITY, INC. TO MOTION OF DEFENDANTS UCT TECHNOLOGY SYSTEMS AND SERVICES, INC., AND ULTRA CLEAN HOLDINGS, INC. FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

4. DECLARATION OF KARIN FRENZA IN SUPPORT OF PLAINTIFF'S MOTIONS TO STRIKE.

5. DECLARATION OF RICHARD S. SWOPE IN SUPPORT OF PLAINTIFF CELERITY, INC.'S OPPOSITION TO ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. AND ULTRA CLEAN HOLDINGS, INC. MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

IT IS SO ORDERED

DATED: March 27, 2007

Hon. Maxine M. Chesney
United States District Judge