IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
|     Plaintiff/Counter-Defendant | (Consolidated with C-05-3560 MMC) |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. | |
|     Defendant/Counterclaimant | |
| and | |
| ULTRA CLEAN HOLDINGS, INC. | |
|     Defendant | |

Before the Court is defendants' motion, filed March 26, 2007, for leave to file three unredacted documents under seal.

Good cause appearing from the Declaration of Lisa Kobialka, the motion is hereby GRANTED, and the Clerk is hereby directed to file under seal the following four documents:

    1. Declaration of Paul J. Andre in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Reply to Opposition to Motion for Summary Judgment of Noninfringement of the Patents-in-Suit;

    2. Notice of Re-Filing Regarding the Declaration of Steven Velinsky in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s

Motion for Summary Judgment of Noninfringement; and

    3. Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Reply to Opposition to Motion for Summary Judgment of Noninfringement of the Patents-in-Suit.

**IT IS SO ORDERED.**

Dated: March 27, 2007

                                        MAXINE M. CHESNEY
                                        United States District Judge