IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
|     Plaintiff/Counter-Defendant<br>v.<br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.<br>    Defendant/Counterclaimant<br>and<br>ULTRA CLEAN HOLDINGS, INC.<br>    Defendant | (Consolidated with C-05-3560 MMC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

Before the Court is defendants' motion, filed March 28, 2007, for leave to file three unredacted documents under seal.

Good cause appearing from the Declaration of Lisa Kobialka, the motion is hereby GRANTED, and the Clerk is hereby directed to file under seal unredacted versions of the following two documents:

1. Declaration of James R Hannah in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Evidentiary Objections, Motions in Limine, and Motions to Strike; and

//

2. Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Evidentiary Objections, Motions in Limine, and Motions to Strike the Testimony of Nelson Urdaneta.

**IT IS SO ORDERED.**

Dated: March 29, 2007

MAXINE M. CHESNEY
United States District Judge