KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelen.com
SAMUEL J. MASELLI, CA BAR NO. 219503
smaselli@thelen.com
RICHARD S. SWOPE, CA BAR NO. 233200
rswope@thelen.com
KARIN M. FRENZA, CA BAR NO. 244606
kfrenza@thelen.com

THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC.,<br><br>        Plaintiff/Counterdefendant,<br><br>    v.<br><br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,<br><br>        Defendant/Counterclaimant,<br><br>    and<br><br>ULTRA CLEAN HOLDINGS, INC.,<br><br>        Defendant. | **CASE NO.: 05-CV-04374 MMC**<br><br>**(Consolidated with No. 05-CV-03560 MMC)**<br><br>**ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5)** |

SV #288741 v1                                          -1-

**[PROPOSED] ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5)**
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC

Good cause appearing from the Declaration of Karin Frenza, plaintiff and counterdefendant Celerity, Inc.'s request to file unredacted versions of the following documents under seal is granted:

1. Plaintiff Celerity, Inc.'s Reply Motion in Limine, and Motion to Strike the Proffered Testimony of Nelson Urdaneta;

2. Declaration of Karin Frenza in Support of Plaintiff Celerity, Inc.'s Replies to o Oppositions to Motions to Strike; and

3. Plaintiff Celerity, Inc.'s Reply in Support of its Evidentiary Objections and Motion to Strike the Declaration of Steven Velinsky in Support of Defendant's Motion for Summary Judgment of Noninfringement of Patents-in-Suit

IT IS SO ORDERED

DATED: April 3, 2007

*[signature]*
Hon. Maxine Chesney
United States District Judge