IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., <br><br>    Plaintiff/Counter-Defendant <br> v. <br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. <br>    Defendant/Counterclaimant <br> and <br> ULTRA CLEAN HOLDINGS, INC. <br>    Defendant <br>_____/ | No. C-05-4374 MMC <br><br> (Consolidated with C-05-3560 MMC) <br><br> **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL; DIRECTIONS TO CLERK** |

    Before the Court is plaintiff's Administrative Motion to File Document Under Seal, filed April 13, 2007.

    Good cause appearing from the Declaration of Richard S. Swope, the motion is hereby GRANTED, and the Clerk is hereby directed to file under seal the unredacted version of the Supplemental Declaration of Richard S. Swope in Support of Plaintiff Celerity, Inc.'s Opposition to Ultra Clean Technology Systems and Service, Inc. and Ultra Clean Holdings, Inc. Motion for Summary Judgment of Noninfringement.

    **IT IS SO ORDERED.**

Dated: April 23, 2007

                                                  MAXINE M. CHESNEY <br>
                                                  United States District Judge