



DENIED
Judge Joseph C. Spero
April 24, 2007

101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE 650 838-4300
FAX 650 838-4350
www.perkinscoie.com

Lisa Kobialka
PHONE (650) 838-4447
EMAIL LKobialka@perkinscoie.com

April 18, 2007

**VIA U.S. MAIL**

The Honorable Joseph C. Spero
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    **Celerity, Inc. v. Ultra Clean Technology Systems and Service, Inc. and Ultra Clean Holdings, Inc., Lead Case No. 05-CV-04374 MMC (consolidated with Case No. 05-CV-03560 MMC)**

Dear Judge Spero:

We wanted to update you on the status of the parties' settlement discussions. Recently in the last month, the Chief Executive Officer of Ultra Clean Technology Systems and Service, Inc. and Ultra Clean Holdings, Inc. and the Chief Financial Officer of Celerity, Inc. discussed whether a resolution to the above-referenced litigation was a possibility. After considering the issues preventing a settlement of the litigation, the parties jointly agreed that at present the parties' positions are too divergent for settlement to be a possibility. Counsel confirmed again in the last week with their clients that neither believes a further settlement conference would be a constructive use of the parties' or the Court's time. As such, both parties are jointly and respectfully requesting that the Court vacate the May 1, 2007 Further Settlement Conference and all associated deadlines.

We are available to discuss this matter with you if necessary. Please feel free to contact us to schedule such a call.

Very truly yours,

Lisa Kobialka

Keith Slenkovich

42368-0003/LEGAL13168420.1

ANCHORAGE   BEIJING   BELLEVUE   BOISE   CHICAGO   DENVER   LOS ANGELES
MENLO PARK   OLYMPIA   PHOENIX   PORTLAND   SAN FRANCISCO   SEATTLE   WASHINGTON D.C.

Perkins Coie LLP and Affiliates