KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelen.com
SAMUEL J. MASELLI, CA BAR NO. 219503
smaselli@thelen.com
RICHARD S. SWOPE, CA BAR NO. 233200
rswope@thelen.com
KARIN M. FRENZA, CA BAR NO. 244606
kfrenza@thelen.com

THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., <br><br> Defendant/Counterclaimant, <br><br> and <br><br> ULTRA CLEAN HOLDINGS, INC., <br><br> Defendant. | CASE NO.: 05-CV-04374 MMC <br><br> (Consolidated with No. 05-CV-03560 MMC) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5) |

SV #292248 v1

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE
DOCUMENT UNDER SEAL (L.R. 79-5)
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC

1  Because good cause exists to support the sealing of documents containing trade secrets and
2  confidential information, and because the request is narrowly tailored, plaintiff and
3  counterdefendant Celerity, Inc.'s request to file documents under seal is granted.
4

DATED: May 2, 2007



IT IS SO ORDERED

Judge James Larson