KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040
Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:   (650) 838-4300
Facsimile:    (650) 838-4350
Attorneys for Defendant/Counterclaimant
ULTRA CLEAN TECHNOLOGY SYSTEMS AND
SERVICE, INC., and Defendant ULTRA CLEAN
HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC.,<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.<br><br>   Defendant/Counterclaimant<br><br>and<br><br>ULTRA CLEAN HOLDINGS, INC.<br><br>   Defendant. | Case No. 05-CV-04374 MMC<br>(consolidated with No. C-05-CV-03560 MMC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SALES AND OFFERS FOR SALE BY ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. AND ULTRA CLEAN HOLDINGS, INC.; WITHDRAWAL OF CELERITY'S MOTION FOR SANCTIONS; STIPULATION RE DISMISSAL OF DEFENDANT ULTRA CLEAN HOLDINGS, INC.**<br><br>**Date:** May 22, 2007<br>**Time:** 10:00 a.m.<br>**Before:** Honorable Maxine M. Chesney<br>**Location:** Courtroom 7 |

1  **WHEREAS**, Plaintiff and Counterdefendant Celerity, Inc. ("Celerity") filed a motion for sanctions against Defendants and Counterclaimants Ultra Clean Technology Systems and Service, Inc. ("Ultra Clean Technology") and Ultra Clean Holdings, Inc. ("Ultra Clean Holdings") on April 30, 2007, seeking terminating sanctions, evidentiary sanctions, as well as costs and attorneys' fees for Ultra Clean Technology's and Ultra Clean Holdings' alleged discovery abuses; and

**WHEREAS**, Ultra Clean Technology and/or Ultra Clean Holdings has sold, offered for sale, made and used the "Predator" gas panel system with respect to certain potential customers, which activities Celerity contends infringe certain claims of U.S. Patent Nos. 6,394,138 and 6,435,215; and

**WHEREAS**, the parties have met and conferred on this matter, and mutually desire to avoid further motion practice in light of the upcoming trial of the above-referenced action.

**NOW THEREFOR, IT IS HEREBY STIPULATED AND AGREED** by and between Celerity and Ultra Clean, by and through their respective attorneys of record, that:

1. Celerity withdraws its motion for sanctions filed against Ultra Clean Technology Systems and Service, Inc. and Ultra Clean Holdings, Inc. on April 30, 2007 (docket no. 248).

2. The parties stipulate, for purposes of trial, that Ultra Clean Technology completed the following transactions with Mattson Technology, Inc.:

    a. Ultra Clean Technology sold the Predator gas panel reflected in the documents numbered UCT 27566-27585 to Mattson Technology, Inc. for $24,500; Ultra Clean Technology shipped the gas panel reflected in the documents numbered UCT 27566-27585 to Mattson Technology, Inc. on April 18, 2006;

    b. Ultra Clean Technology sold the Predator gas panel reflected in the documents numbered UCT 027803-27806 to Mattson Technology, Inc. for $74,400; Ultra Clean Technology shipped the gas panel reflected in the

STIPULATION AND [PROPOSED] ORDER RE ULTRA CLEAN'S SALES AND OFFERS FOR SALE AND WITHDRAWAL OF CELERITY'S MOTION FOR SANCTIONS
Lead Case No. 05-CV-04374 MMC; Consolidated with No. 05-CV-03560 MMC

42368-0003/LEGAL13223171.1

1                 documents numbered UCT 027785 to Mattson Technology, Inc. on April 6,
2                 2007; and

      c.    Ultra Clean Technology sold the Predator gas panel reflected in the documents numbered UCT 027803-06 to Mattson Technology, Inc. for $74,400; Ultra Clean Technology shipped this gas panel on April 13, 2007.

3.    The parties stipulate, for purposes of trial, that Ultra Clean Technology completed the following offers for sale:

      a.    Four (4) offers for sale of Predator gas panels to Horiba STEC on March 1, 2006, May 22, 2006, June 12, 2006, and Feb 22, 2007, (respectively, UCT 27677-27680, 27724-27730, 27796-27802), as shown in UCT 27586-27617 and UCT 027676; these offers for sale of gas panels included the Predator substrate features as shown in C036271;

      b.    One (1) offer for sale of a Predator gas panel to Jusung Engineering on February 26, 2007 (UCT 27681); this offer for sale of a gas panel included the Predator substrate features as shown in C036271;

      c.    Five (5) offers for sale of Predator gas panels to TES Co. on December 13, 2006, January 2, 2007, January 3, 2007, March 1, 2007, and March 7, 2007 (respectively, UCT 27682-27686, UCT 27752-27761), as shown in UCT UCT 027676; these offers for sale of gas panels included the Predator substrate features as shown in C036271;

      d.    One (1) offer for sale of a Predator gas panel to Beijing NMC Co. on October 12, 2006 (UCT 27687); this offer for sale of a gas panel included the Predator substrate features as shown in C036271;

      f.    Two (2) offers for sale of Predator gas panels to Integrated Process Systems on August 8, 2006 and August 31, 2006 (respectively, UCT 27688-27689, UCT 27731-27747, UCT 027741-47); these offers for sale of gas panels included the Predator substrate features as shown in C036271; and

STIPULATION AND [PROPOSED] ORDER RE ULTRA CLEAN'S SALES AND OFFERS FOR SALE
AND WITHDRAWAL OF CELERITY'S MOTION FOR SANCTIONS
Lead Case No. 05-CV-04374 MMC; Consolidated with No. 05-CV-03560 MMC

42368-0003/LEGAL13223171.1

  g. Eight (8) offers for sale of Predator gas panels to Mattson Technology, Inc. on March 30, 2006, September 21, 2006, October 2, 2006, October 3, 2006, October 25, 2006, October 28, 2006, November 28, 2006, and January 8, 2007 (respectively, UCT 27691-27703, UCT 27710-27720, UCT 27772-27794), as shown in UCT 27566-27585 and UCT 027676; these offers for sale of gas panels included the Predator substrate features as shown in C036271.

  h. One (1) offer for sale of a Predator gas panel to Intevac, as shown in UCT 027768; this offer for sale of the gas panel included the Predator substrate features as shown in C036271.

4. The parties stipulate, for purposes of trial, that Ultra Clean Technology made, used and offered for sale all of the devices shown in the photograph 8Feb06 037.jpg at SEMICON West in 2005 and 2006, including the Predator substrate shown in C036271.

5. The parties stipulate that, for purposes of trial, all of the activities of making, using, offering for sale and selling Predator gas panels described in this stipulation occurred within the United States.

6. The parties stipulate that if Ultra Clean Technology Systems and Service, Inc. is, as a result of trial in this matter, enjoined from making, using, offering for sale and/or selling gas panels utilizing Predator substrate, Ultra Clean Holdings, Inc. will be bound by the terms of any such injunction.

7. Ultra Clean Holdings, Inc. is otherwise dismissed from this action.

STIPULATION AND [PROPOSED] ORDER RE ULTRA CLEAN'S SALES AND OFFERS FOR SALE
AND WITHDRAWAL OF CELERITY'S MOTION FOR SANCTIONS
Lead Case No. 05-CV-04374 MMC; Consolidated with No. 05-CV-03560 MMC

42368-0003/LEGAL13223171.1

1 | Dated: May 8, 2007

THELEN REID BROWN RAYSMAN &
STEINER LLP

By _____/s/ Keith Slenkovich_____
Keith L. Slenkovich
Robert E. Camors, Jr.
Samuel J. Maselli
Richard S. Swope
Karin M. Frenza
Attorneys for Plaintiff/Counter-Defendant
CELERITY, INC.

Dated: May 8, 2007

PERKINS COIE LLP

By _____/s/ P.A._____
Paul Andre
Lisa Kobialka
James Hannah
Amy Sun
Sean Boyle
Attorneys for Defendants/Counterclaimants
ULTRA CLEAN TECHNOLOGY SYTEMS
AND SERVICE, INC. and ULTRA CLEAN
HOLDINGS, INC.

**IT IS SO ORDERED.**

Dated: May _9_, 2007

_____/s/ Maxine M. Chesney_____
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE ULTRA CLEAN'S SALES AND OFFERS FOR SALE
AND WITHDRAWAL OF CELERITY'S MOTION FOR SANCTIONS
Lead Case No. 05-CV-04374 MMC; Consolidated with No. 05-CV-03560 MMC

42368-0003/LEGAL13223171.1