IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
|     Plaintiff/Counter-Defendant<br>v.<br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.<br>    Defendant/Counterclaimant<br>and<br>ULTRA CLEAN HOLDINGS, INC.<br>    Defendant_____/ | (Consolidated with C-05-3560 MMC)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

Before the Court is defendants' motion, filed May 8, 2007, for leave to file under seal documents offered in connection with defendants' motions in limine.

Good cause appearing from the Declaration of Lisa Kobialka, the motion is hereby GRANTED, and the Clerk is hereby directed to file under seal unredacted versions of the following documents:

    1. Declaration of James R Hannah in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Motion in Limine to Limit Evidence Regarding the Priority Date of United States Patent No. 6,394,138; and

//

2. Declaration of James R Hannah in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Motion in Limine to Limit Evidence Regarding United States Patent Nos. 6,435,215 and 6,394,138 and the Testimony and Expert Report of Alexander Glew.

**IT IS SO ORDERED.**

Dated: May 11, 2007

MAXINE M. CHESNEY
United States District Judge