IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
|     Plaintiff/Counter-Defendant | (Consolidated with C-05-3560 MMC) |
| v. | **ORDER GRANTING IN PART AND DEFERRING IN PART RULING ON PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS** |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. | |
|     Defendant/Counterclaimant | |
| and | |
| ULTRA CLEAN HOLDINGS, INC. | |
|     Defendant / | |

    Before the Court is plaintiff's motion, filed May 9, 2007, for leave to file under seal documents offered in connection with plaintiff's motions in limine.

    Good cause appearing from the Declaration of Karen Frenza, the motion is hereby GRANTED in part, and the Clerk is hereby directed to file under seal unredacted versions of the following documents:

    1. Plaintiff Celerity, Inc.'s Motion in Limine No. 2 to Exclude the Testimony of Steven Velinsky;

    2. Plaintiff Celerity, Inc.'s Motion in Limine No. 3 to Exclude the Proffered Testimony of Steven Velinsky Regarding the Claim Term "Manifold."

3. Exhibits B, C, E, and BB to the Declaration of Keith L. Slenkovich in Support of Celerity, Inc.'s Motions in Limine.

With respect to the remaining documents plaintiff seeks to file under seal, specifically, Exhibits M-S to the Declaration of Keith L. Slenkovich in Support of Celerity, Inc.'s Motions in Limine, the Court DEFERS ruling on the motion, because an insufficient showing has been made. Each of said exhibits is an opinion letter to defendants from their opinion counsel as to the issue of infringement and/or invalidity of plaintiff's patents. Although such letters presumably were covered by the attorney-client privilege at one time, any claim of privilege was waived when defendants disclosed such letters to plaintiff. If, however, defendants can establish some other basis for a finding of confidentiality as to said exhibits, either in their entirety or in part, defendants may file, no later than May 15, 2007, a declaration setting forth such basis. See Civil L.R. 79-5(d) (providing where party seeks leave to file under seal document designated as confidential by another party, designating party must file declaration setting forth reasons why such document is confidential). If defendants fail to file such a declaration, the Court will direct the Clerk to file Exhibits M-S in the public record.

**IT IS SO ORDERED.**

Dated: May 11, 2007

MAXINE M. CHESNEY
United States District Judge

2