1
2
3
4
5
6
7

**United States District Court**
**For the Northern District of California**

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CELERITY, INC.,                          No. C-05-4374 MMC

12          Plaintiff/Counter-Defendant       (Consolidated with C-05-3560 MMC)

13   v.                                        **ORDER GRANTING DEFERRED**
                                               **PORTION OF PLAINTIFF'S**
14   ULTRA CLEAN TECHNOLOGY SYSTEMS            **ADMINISTRATIVE MOTION TO FILE**
     AND SERVICE, INC.                         **DOCUMENTS UNDER SEAL;**
15                                             **DIRECTIONS TO CLERK**
            Defendant/Counterclaimant
16
        and
17
     ULTRA CLEAN HOLDINGS, INC.
18
            Defendant
19   _____/

20          Before the Court is the deferred portion of plaintiff's motion, filed May 9, 2007, for

21   leave to file under seal documents offered in connection with plaintiff's motions in limine.

22          Good cause appearing from the Declaration of Lisa Kobialka, filed May 15, 2007, the

23   deferred portion of plaintiff's motion is hereby GRANTED, and the Clerk is DIRECTED to

24   file under seal unredacted versions of the following documents:  Exhibits M-S to the

25   Declaration of Keith L. Slenkovich in Support of Celerity, Inc.'s Motions in Limine.

26          **IT IS SO ORDERED.**

27
     Dated:  May 16, 2007
28                                             _____
                                               MAXINE M. CHESNEY
                                               United States District Judge