IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
|     Plaintiff/Counter-Defendant<br>v.<br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.<br>    Defendant/Counterclaimant<br>and<br>ULTRA CLEAN HOLDINGS, INC.<br>    Defendant | (Consolidated with C-05-3560 MMC)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

    Before the Court is defendants' motion, filed May 15, 2007, for leave to file under seal certain documents offered in connection with defendants' opposition to plaintiff's motions in limine.

    Good cause appearing from the Declaration of Lisa Kobialka, the motion is hereby GRANTED, and the Clerk is hereby directed to file under seal unredacted versions of the following documents:

    1. Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 1;

    2. Declaration of Sean M. Boyle in Support of Ultra Clean Technology Systems and

Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 1;

3. Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 2;

4. Declaration of James R. Hannah in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 2;

5. Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 3;

6. Declaration of James R. Hannah in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 3;

7. Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 5;

8. Declaration of Amy Sun in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 5;

9. Declaration of Sean M. Boyle in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 7;

10. Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 10; and

11. Declaration of James R. Hannah in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion in Limine No. 10.

**IT IS SO ORDERED.**

Dated: May 17, 2007

MAXINE M. CHESNEY
United States District Judge