KEITH L. SLENKOVICH,  CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR.,  CA BAR NO. 121204
bobcamors@thelen.com
SAMUEL J. MASELLI, CA BAR NO. 219503
smaselli@thelen.com
RICHARD S. SWOPE,  CA BAR NO. 233200
rswope@thelen.com
KARIN M. FRENZA, CA BAR NO. 244606
kfrenza@thelen.com

THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.


# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., | **CASE NO.: 05-CV-04374 MMC** |
| Plaintiff/Counterdefendant, | **(Consolidated with No. 05-CV-03560 MMC)** |
| v. | |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., | **ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5)** |
| Defendant/Counterclaimant, | |
| and | |
| ULTRA CLEAN HOLDINGS, INC., | |
| Defendant. | |

1        Before the Court is plaintiff's administrative motion to file documents under seal, filed May

2   15, 2007.

3        Because good cause exists to support the sealing of documents containing trade secrets and

4   confidential information, in light of the Declaration of Richard S. Swope, and because the request is

5   narrowly tailored, plaintiff's motion is GRANTED.

6        The Clerk is DIRECTED to file under seal the unredacted version of the Declaration of

7   Richard S. Swope in Support of Celerity, Inc.'s Opposition to Defendants' Motion in Limine to

8   Limit Evidence Regarding U.S. Patent Nos. 6,435,215 and 6,394,138 and the Testimony and Expert

9   Report of Alexander Glew.

10       IT IS SO ORDERED.

11

12

13  Dated: May 17, 2007

14                                              Hon. Maxine M. Chesney
                                                United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

SV #294162 v1                                        -2-