1   KEITH L. SLENKOVICH,  CA BAR NO. 129793
    kslenkovich@thelen.com
2   ROBERT E. CAMORS, JR.,  CA BAR NO. 121204
    bobcamors@thelen.com
3   SAMUEL J. MASELLI, CA BAR NO. 219503
    smaselli@thelen.com
4   RICHARD SWOPE,  CA BAR NO. 233200
    rswope@thelen.com
5   KARIN M. FRENZA, CA BAR NO. 244606
    kfrenza@thelen.com
6   TOMOMI HARKEY, CA BAR NO. 244886
    tharkey@thelen.com
7   THELEN REID BROWN RAYSMAN & STEINER LLP
    225 West Santa Clara Street, Suite 1200
8   San Jose, CA  95113-1723
    Tel. 408.292.5800
9   Fax 408.287.8040

10  Attorneys for Plaintiff/Counterdefendant
11  CELERITY, INC.

12

13                  **UNITED STATES DISTRICT COURT**

14          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                     **SAN FRANCISCO DIVISION**

16

17  CELERITY, INC.,                      | **CASE NO.: 05-CV-04374 MMC**

18          Plaintiff/Counterdefendant,  | **(Consolidated with No. 05-CV-03560 MMC)**

19          v.

20  ULTRA CLEAN TECHNOLOGY               | **ORDER GRANTING PLAINTIFF**
    SYSTEMS AND SERVICE, INC.,           | **CELERITY, INC.'S ADMINISTRATIVE**
21                                       | **MOTION SEEKING RELIEF FROM**
            Defendant/Counterclaimant,   | **THE MINUTES-LATE FILING OF**
22                                       | **CELERITY, INC.'S MOTIONS IN**
            and                          | **LIMINE NOS. 1, 6, 7, 8, AND 10**
23                                       | **(L.R. 7-11)**
    ULTRA CLEAN HOLDINGS, INC.,
24
            Defendant.
25

26

27

28

SV #294718 v1                          -1-

1    For the reasons stated by the Court at the Pretrial Conference conducted May 22, 2007,

2    plaintiff/counterdefendant Celerity, Inc.'s Administrative Motion Seeking Relief From the Minutes-

3    Late Filing of Celerity, Inc.'s Motions in Limine Nos. 1, 6, 7, 8, and 10 is hereby GRANTED.

4    IT IS SO ORDERED.

5

6    DATED: May 23, 2007

7                                              Hon. Maxine M. Chesney
                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SV #294718 v1                                  -2-