KEITH L. SLENKOVICH,  CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR.,  CA BAR NO. 121204
bobcamors@thelen.com
SAMUEL J. MASELLI, CA BAR NO. 219503
smaselli@thelen.com
RICHARD SWOPE,  CA BAR NO. 233200
rswope@thelen.com
KARIN M. FRENZA, CA BAR NO. 244606
kfrenza@thelen.com
TOMOMI HARKEY, CA BAR NO. 244886
tharkey@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., | **CASE NO.: 05-CV-04374 MMC** |
| Plaintiff/Counterdefendant, | **(Consolidated with No. 05-CV-03560 MMC)** |
| v. | |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., | **ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5)** |
| Defendant/Counterclaimant, | |
| and | |
| ULTRA CLEAN HOLDINGS, INC., | |
| Defendant. | |

SV #295544 v1                         -1-

**[PROPOSED] ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5)**
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC

Because good cause exists to support the sealing of documents containing trade secrets and confidential information, and because the request is narrowly tailored, plaintiff and counterdefendant Celerity, Inc.'s request to file the unredacted version of the following document under seal is granted:

> DECLARATION OF KEITH L. SLENKOVICH IN SUPPORT OF CELERITY, INC.'S REPLY IN SUPPORT OF CELERITY'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE CERTAIN PROFERRED TESTIMONY FROM UCT'S WITNESS, NELSON URDANETA

The Clerk is directed to file said declaration under seal.

IT IS SO ORDERED

DATED: May 30, 2007

_____
Hon. Maxine M. Chesney
United States District Judge

SV #295544 v1                    -2-

**[PROPOSED] ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5)**
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC