1  KEITH L. SLENKOVICH,  CA BAR NO. 129793
   kslenkovich@thelen.com
2  ROBERT E. CAMORS, JR.,  CA BAR NO. 121204
   bobcamors@thelen.com
3  RICHARD SWOPE,  CA BAR NO. 233200
   rswope@thelen.com
4  KARIN M. FRENZA, CA BAR NO. 244606
   kfrenza@thelen.com
5  TOMOMI HARKEY, CA BAR NO. 244886
   tharkey@thelen.com
6

7  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
8  San Jose, CA  95113-1723
   Tel. 408.292.5800
9  Fax 408.287.8040

10 Attorneys for Plaintiff/Counterdefendant
   CELERITY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., <br><br> Defendant/Counterclaimant, <br><br> and <br><br> ULTRA CLEAN HOLDINGS, INC., <br><br> Defendant. | **CASE NO.: 05-CV-04374 MMC** <br><br> **(Consolidated with No. 05-CV-03560 MMC)** <br><br> **ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL (L.R. 79-5)** |

Because good cause exists to support the sealing of documents containing trade secrets and confidential information, and because the request is narrowly tailored, plaintiff and counterdefendant Celerity, Inc.'s request to file the following document under seal is granted: "Declaration of Richard Swope in Support of Celerity, Inc.'s Supplemental Opening Claim Construction Brief."

The Clerk is directed to file said declaration under seal.

IT IS SO ORDERED

DATED: May 30, 2007

*[signature]*
Hon. Maxine M. Chesney
United States District Judge