1  KEITH L. SLENKOVICH, CA BAR NO. 129793
   kslenkovich@thelen.com
2  ROBERT E. CAMORS, JR., CA BAR NO. 121204
   bobcamors@thelen.com
3  RICHARD SWOPE, CA BAR NO. 233200
   rswope@thelen.com
4  KARIN M. FRENZA, CA BAR NO. 244606
   kfrenza@thelen.com
5  TOMOMI HARKEY, CA BAR NO. 244886
   tharkey@thelen.com
6  THELEN REID BROWN RAYSMAN & STEINER LLP
7  225 West Santa Clara Street, Suite 1200
   San Jose, CA 95113-1723
8  Tel. 408.292.5800
   Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., <br><br> Defendant/Counterclaimant, <br><br> and <br><br> ULTRA CLEAN HOLDINGS, INC., <br><br> Defendant. | **CASE NO.: 05-CV-04374 MMC** <br> **Consolidated with No. 05-CV-03560 MMC** <br><br> **ORDER GRANTING JOINT MISCELLANEOUS ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL; DIRECTIONS TO PARTIES** <br><br> **(Civil Local Rule 7-11)** |

SV #296118 v1

-1-

**[PROPOSED] ORDER GRANTING JOINT MISCELLANEOUS ADMINISTRATIVE MOTION
FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL**
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC

Celerity, Inc. and Ultra Clean Technology Systems and Service, Inc. and Ultra Clean Holdings, Inc. ("the parties") have jointly requested permission to bring certain equipment into the courtroom for trial, commencing on June 4, 2007, at 9:00 a.m.  IT IS HEREBY ORDERED that the parties, shall be permitted to bring the following items into the courtroom for trial, commencing on June 4, 2007, at 9:00 a.m.:

1. Video projector
2. Projection screen
3. Elmo
4. 8 monitors
5. 8 laptop computers (including required peripherals)
6. Inline VGA switcher and distribution amps (toggle switch)
7. 1 set of amplified speakers
8. Portable audio mixer
9. 2 tech tables
10. Power, connection, and extension cords
11. Power strips
12. 7 book carts

IT IS SO ORDERED.  The parties are instructed to contact Deputy Clerk Tracy Lucero to arrange for specific times in which they can access the courtroom to set up the above-referenced equipment.

Dated: May 31, 2007

_____
Honorable Maxine M. Chesney
United States District Court Judge