KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelen.com
SAMUEL J. MASELLI, CA BAR NO. 219503
smaselli@thelen.com
RICHARD SWOPE, CA BAR NO. 233200
rswope@thelen.com
KARIN M. FRENZA, CA BAR NO. 244606
kfrenza@thelen.com
TOMOMI HARKEY, CA BAR NO. 244886
tharkey@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., <br><br> Defendant/Counterclaimant, <br><br> and <br><br> ULTRA CLEAN HOLDINGS, INC., <br><br> Defendant. | **CASE NO.: 05-CV-04374 MMC** <br><br> **(Consolidated with No. 05-CV-03560 MMC)** <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5)** |

SV #295544 v1                                    -1-

**[PROPOSED] ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5)**
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC

Because good cause exists to support the sealing of documents containing trade secrets and confidential information, and because the request is narrowly tailored, plaintiff and counterdefendant Celerity, Inc.'s request to file documents under seal is granted:

1. CELERITY'S OPPOSITION TO UCT'S CLAIM CONSTRUCTION BRIEF REGARDING THE CLAIM TERM "COMMON SURFACE," ~~EXHIBIT A TO CELERITY'S NOTICE OF ERRATA~~

2. DECLARATION OF RICHARD S. SWOPE IN SUPPORT OF CELERITY, INC.'S OPPOSITION TO UCT'S CLAIM CONSTRUCTION BRIEF REGARDING THE CLAIM TERM "COMMON SURFACE"

~~IT IS SO ORDERED~~

3. NOTICE OF ERRATA RE: CELERITY'S OPPOSITION TO UCT'S CLAIM CONSTRUCTION BRIEF REGARDING THE TERM "COMMON SURFACE"

IT IS SO ORDERED.
DATED: June 1, 2007

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Judge