```
PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
JAMES HANNAH, Bar No. 237978
(jhannah@perkinscoie.com)
AMY SUN, Bar No. 237185
(asun@perkinscoie.com)
SEAN M. BOYLE, 238128
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:   (650) 838-4300
Facsimile:    (650) 838-4350

Attorneys for Defendant/Counterclaimant
ULTRA CLEAN TECHNOLOGY SYSTEMS AND
SERVICE, INC.
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., | Case No. C 05-CV-04374 MMC |
| Plaintiff/Counter-Defendant, | (consolidated with No. C-05-CV-03560 MMC) |
| v. | |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., | **[PROPOSED] ORDER GRANTING ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.'S MISCELLANEOUS ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EXHIBITS AND DEMONSTRATIVES INTO COURTROOM FOR TRIAL** |
| Defendant/Counterclaimant, | |
| and | |
| ULTRA CLEAN HOLDINGS, INC., | **(Civil Local Rule 7-11)** |
| Defendant. | |

Pursuant to Civil Local Rule 7-11, Ultra Clean Technology Systems and Service, Inc. ("Ultra Clean") has requested permission to bring the following exhibits and demonstratives into the courtroom for trial beginning June 4, 2007 at 9:00 a.m:

1. Gas Panel display model with Ultra Clean logo
2. Gas Panel display model

---

1     3. Five different Gas Panel Configuration models

2     4. Gas Panel Substrate Elements and Hardware (9 pieces)

3     5. Gas Panel Components – Kitz SCT Valve and NASClean Filter (2 pieces)

4     6. Substrate Elements – Block type (4 metal pieces)

5     7. Generic Gas Panel display model in a wooden create

6     8. Easel

8   IT IS SO ORDERED.

10   Dated: June ___1_____, 2007

12                                _____
13                                Honorable Maxine M. Chesney
                                  United States District Court Judge