KEITH L. SLENKOVICH, CA BAR NO. 129793
kslenkovich@thelen.com
ROBERT E. CAMORS, JR., CA BAR NO. 121204
bobcamors@thelen.com
RICHARD SWOPE, CA BAR NO. 233200
rswope@thelen.com
KARIN M. FRENZA, CA BAR NO. 244606
kfrenza@thelen.com
TOMOMI HARKEY, CA BAR NO. 244886
tharkey@thelen.com

THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Tel. 408.292.5800
Fax 408.287.8040

Attorneys for Plaintiff/Counterdefendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC.,<br><br>　　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,<br><br>　　　　　Defendant/Counterclaimant,<br><br>　　and<br><br>ULTRA CLEAN HOLDINGS, INC.,<br><br>　　　　　Defendant. | **CASE NO.: 05-CV-04374 MMC**<br><br>**(Consolidated with No. 05-CV-03560 MMC)**<br><br>**[PROPOSED]** ~~[PROPOSED]~~ **ORDER GRANTING CELERITY, INC. MISCELLANEOUS ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EXHIBITS AND DEMONSTRATIVES INTO COURTROOM FOR TRIAL**<br><br>Trial Date:　**June 4, 2007**<br>Time:　　　**9:00 a.m.**<br>Courtroom:　**7**<br>Judge:　　　**Hon. Maxine M. Chesney** |

SV #296382 v1

**[PROPOSED] ORDER GRANTING CELERITY'S MISCELLANEOUS MOTION TO BRING EXHIBITS AND DEMONSTRATIVES INTO COURTROOM**
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC

1   Pursuant to Civil Local Rule 7-11, Celerity, Inc. ("Celerity"), the Court hereby
2   grants Celerity and its attorneys permission to bring the following exhibits and demonstratives into
3   the courtroom for trial, scheduled to commence on June 4, 2007, at 8:30 a.m. and end on June 21,
4   2007:

5       1.    Easel
6       2.    Box with various gas panel components and tools
7       3.    Mass flow controller in box
8       4.    Sample gas panel model assembly
9       5.    10 poster boards
10      6.    Silicon wafer
11      7.    Computer chip

13  IT IS SO ORDERED.

16  Dated: June _4_, 2007

18  By _/s/ Maxine M. Chesney_
19  Honorable Maxine M. Chesney
    United States District Court Judge

SV #296382 v1      - 1 -

**[PROPOSED] ORDER GRANTING CELERITY'S MISCELLANEOUS MOTION TO BRING EXHIBITS AND DEMONSTRATIVES INTO COURTROOM**
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC