IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., <br><br>     Plaintiff/Counter-Defendant <br> v. <br> ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. <br><br>     Defendant/Counterclaimant <br> and <br> ULTRA CLEAN HOLDINGS, INC. <br><br>     Defendant                            / | No. C-05-4374 MMC <br><br> (Consolidated with C-05-3560 MMC) <br><br> **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF REGARDING EXHIBIT L** |

    Before the Court is Celerity, Inc.'s ("Celerity") Administrative Motion to File Documents Under Seal, filed June 20, 2007.

    Good cause appearing therefrom, Celerity's motion is hereby GRANTED, and the Clerk is DIRECTED to file under seal the unredacted version of the Declaration of Richard S. Swope in Support of Celerity's Opposition to Motion for Judgment Under Fed. R. Civ. Proc. 50 on Claim 6 of the '215 Patent.[1]

    **IT IS SO ORDERED.**

Dated: June 22, 2007

                                            MAXINE M. CHESNEY <br>
                                            United States District Judge

---

[1] On June 22, 2007, plaintiff advised the Court it did not seek to file Exhibit L to said declaration under seal. Accordingly, plaintiff is directed to file, no later than June 29, 2007, Exhibit L in the public record.