1  PAUL J. ANDRE, Bar No. 196585
   pandre@perkinscoie.com
2  LISA KOBIALKA, Bar No. 191404
   lkobialka@perkinscoie.com
3  PERKINS COIE LLP
   101 Jefferson Drive
4  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
5  Facsimile:    (650) 838-4350
   Attorneys for Defendant/Counterclaimant
6  ULTRA CLEAN TECHNOLOGY SYSTEMS AND
   SERVICE, INC., and Defendant ULTRA CLEAN
7  HOLDINGS, INC.

8
   KEITH L. SLENKOVICH, CA BAR NO. 129793
9  kslenkovich@thelen.com
   ROBERT E. CAMORS, JR., CA BAR NO. 121204
10 bobcamors@thelen.com
   THELEN REID BROWN RAYSMAN & STEINER LLP
11 225 West Santa Clara Street, Suite 1200
   San Jose, CA 95113-1723
12 Tel. 408.292.5800
   Fax 408.287.8040
13 Attorneys for Plaintiff/Counterdefendant
   CELERITY, INC.
14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC.<br><br>  Plaintiff/Counter-Defendant,<br><br>  v.<br><br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.<br><br>  Defendant/Counterclaimant<br><br>  and<br><br>ULTRA CLEAN HOLDINGS, INC.<br><br>  Defendant. | Case No. 05-CV-04374 MMC<br>(consolidated with No. C-05-CV-03560 MMC)<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER REGARDING ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.'S AND ULTRA CLEAN HOLDINGS, INC.'S COUNTERCLAIM OF INEQUITABLE CONDUCT**; SETTING CASE MANAGEMENT CONFERENCE |

**WHEREAS**, Celerity, Inc. ("Celerity") obtained a verdict that Ultra Clean Technology Systems and Service, Inc.'s ("Ultra Clean Technology") Predator product infringes U.S. Patent No. 6,435,215 ("the '215 patent").

**WHEREAS**, Ultra Clean Technology's and Ultra Clean Holdings, Inc.'s ("Ultra Clean Holdings") counterclaim alleging inequitable conduct during the prosecution of the '215 patent and U.S. Patent Nos. 6,142,539; 6,189,570; 6,192,938; 6,293,310; 6,394,138; and 6,474,700 remains pending before the Court;

**WHEREAS**, the Court has set a trial date of October 22-23, 2007 on Ultra Clean Holdings' inequitable conduct claims;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Celerity, Ultra Clean Technology, and Ultra Clean Holdings, by and through their respective attorneys of record, that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Ultra Clean Technology's and Ultra Clean Holdings' counterclaim of inequitable conduct against Celerity shall be dismissed with prejudice.

2. The trial date of October 22-23, 2007 is hereby vacated, and the parties are hereby directed to appear at a case management conference to discuss further proceedings on this case, at the following date/time: _____.

**PERKINS COIE LLP**

Dated: September 26, 2007.        By:    /s/ _____
                                         Paul J. Andre
                                         Lisa Kobialka
                                         James R. Hannah
                                         Amy Sun
                                         Sean M. Boyle
                                         Attorneys for Defendants/Counterclaimant
                                         ULTRA CLEAN TECHNOLOGY
                                         SYSTEMS AND SERVICE, INC., AND
                                         ULTRA CLEAN HOLDINGS, INC.

| | |
|---|---|
|1| |
|2| **THELEN REID BROWN RAYSMAN & STEINER LLP**|
|3| |
|4|Dated: September 26, 2007.     By:  /s/ |
|5| Keith L. Slenkovich |
| | Robert E. Camors, Jr. |
|6| Richard S. Swope |
| | Samuel J. Maselli |
|7| Karin M. Frenza |
| | Attorneys for Plaintiff/Counter-Defendant |
|8| CELERITY, INC.|

IT IS SO ORDERED. The parties shall appear at a Case Management Conference to be conducted on September 28, 2007, at 10:30 a.m. All parties shall appear telephonically.

Dated: September 27, 2007.     By:  /s/ Maxine M. Chesney
Honorable Maxine M. Chesney
United States District Court Judge

SV #310221 v1

---

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER REGARDING ULTRA CLEAN TECHNOLOGY'S AND ULTRA CLEAN HOLDINGS' COUNTERCLAIM OF INEQUITABLE CONDUCT
Lead Case No. 05-CV-04374 MMC; Consolidated with No. 05-CV- 03560 MMC

2