PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:    (650) 838-4300
Facsimile:    (650) 838-4350
Attorneys for Defendant/Counterclaimant
ULTRA CLEAN TECHNOLOGY SYSTEMS AND
SERVICE, INC., and Defendant ULTRA CLEAN
HOLDINGS, INC.

KEITH L. SLENKOVICH (Bar No. 129793)
(kslenkovich@thelen.com)
ROBERT E. CAMORS, JR. (Bar No. 121204)
(bobcamors@thelen.com)
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Telephone:    (408) 292-5800
Facsimile:    (408) 287-8040
Attorneys for Plaintiff/Counter-defendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,<br><br>Defendant/Counterclaimant<br><br>and<br><br>ULTRA CLEAN HOLDINGS, INC.,<br><br>Defendant. | Case No. 05-CV-04374 MMC<br>(Consolidated with No. C-05-CV-03560 MMC)<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR CELERITY, INC.'S MOTION FOR ENTRY OF JUDGMENT, INCLUDING PERMANENT INJUNCTION AND MOTION FOR SANCTIONS RE INEQUITABLE CONDUCT CLAIM ALLEGED BY UCT  ; ORDER THEREON** |

1       **WHEREAS**, Celerity, Inc. ("Celerity") has filed a Motion for Entry of Judgment, Including Permanent Injunction and a Motion for Sanctions re Inequitable Conduct Claim Alleged by UCT (collectively, "Celerity's Motions");

      **WHEREAS**, Celerity's Motions have been noticed for hearing on November 16, 2007;

      **WHEREAS**, Ultra Clean Technology Systems and Service, Inc. and Ultra Clean Holdings, Inc. (collectively, "Ultra Clean") are unable to appear on the noticed hearing date;

      **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Celerity and Ultra Clean, by and through their respective attorneys of record, that:

    1.     Ultra Clean will file opposition briefs to Celerity's Motions on October 31, 2007.

    2.     Celerity will file reply briefs in support of Celerity's Motions on November 9, 2007.

    3.     The parties will appear for a hearing on Celerity's Motions at 9:00 a.m. on November 30, 2007 should the Court request oral argument on Celerity's Motions.

Dated: October 24, 2007.

                                            PERKINS COIE LLP

                                            By     /s/
                                                      Paul J. Andre
                                                      Lisa Kobialka
                                                      James R. Hannah
                                                      Amy Sun
                                                      Sean M. Boyle
                                                      Attorneys for Defendants/Counterclaimants
                                                      ULTRA CLEAN TECHNOLOGY
                                                      SYSTEMS AND SERVICE, INC. and
                                                      ULTRA CLEAN HOLDINGS, INC.

//

//

//

STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING
DATE FOR CELERITY, INC.'S MOTIONS Lead Case No. 05-CV-04374 MMC;
Consolidated with No. 05-CV-03560 MMC

1

1  Dated: October 24, 2007.

2                                          THELEN REID BROWN RAYSMAN &
                                           STEINER LLP
3

4

5                                          By        /s/
                                                Keith L. Slenkovich
6                                               Robert E. Camors, Jr.
                                                Samuel J. Maselli
7                                               Richard S. Swope
                                                Karin M. Frenza
8                                               Attorneys for Plaintiff/Counter-Defendant
                                                CELERITY, INC.
9

10

11

12 **IT IS SO ORDERED.**

13

14 Dated: October 25, 2007.

15                                          _____
                                            Honorable Maxine M. Chesney
                                            United States District Court Judge
16

STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING
DATE FOR CELERITY, INC.'S MOTIONS Lead Case No. 05-CV-04374 MMC;
Consolidated with No. 05-CV-03560 MMC

2