PAUL J. ANDRE (Bar No. 196585)
(pandre@perkinscoie.com)
LISA KOBIALKA (Bar No. 191404)
(lkobialka@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:   (650) 838-4300
Facsimile:    (650) 838-4350
Attorneys for Defendant/Counterclaimant
ULTRA CLEAN TECHNOLOGY SYSTEMS AND
SERVICE, INC., and Defendant ULTRA CLEAN
HOLDINGS, INC.

KEITH L. SLENKOVICH (Bar No. 129793)
(kslenkovich@thelen.com)
ROBERT E. CAMORS, JR. (Bar No. 121204)
(bobcamors@thelen.com)
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Telephone:   (408) 292-5800
Facsimile:    (408) 287-8040
Attorneys for Plaintiff/Counter-defendant
CELERITY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC.,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,<br><br>Defendant/Counterclaimant<br><br>and<br><br>ULTRA CLEAN HOLDINGS, INC.,<br><br>Defendant. | Case No. 05-CV-04374 MMC<br>(Consolidated with No. C-05-CV-03560 MMC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMIT EXTENSION FOR OPPOSITION AND REPLY BRIEFS TO CELERITY, INC.'S MOTION FOR ENTRY OF JUDGMENT, INCLUDING PERMANENT INJUNCTION** |

1     **WHEREAS**, Celerity, Inc. ("Celerity") has filed a Motion for Entry of Judgment, Including Permanent Injunction;

    **WHEREAS**, Ultra Clean Technology Systems and Service, Inc. and Ultra Clean Holdings, Inc. (collectively, "Ultra Clean") desire a five (5) page extension for their opposition brief to Celerity's motion;

    **WHEREAS**, Celerity may require a five (5) page extension for its reply brief in support of its motion;

    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Celerity and Ultra Clean, by and through their respective attorneys of record, that:

1. Ultra Clean may file an opposition brief to Celerity's motion up to thirty (30) pages in length.

2. Celerity may file a reply brief in support of its motion up to twenty (20) pages in length.

Dated: October 30, 2007.

                                            PERKINS COIE LLP

                              By     /s/ Lisa Kobialka
                                      Paul J. Andre
                                      Lisa Kobialka
                                      James R. Hannah
                                      Amy Sun
                                      Sean M. Boyle
                                      Attorneys for Defendants/Counterclaimants
                                      ULTRA CLEAN TECHNOLOGY
                                      SYSTEMS AND SERVICE, INC. and
                                      ULTRA CLEAN HOLDINGS, INC.

//

//

//

STIPULATION REGARDING PAGE LIMIT EXTENSION
DATE FOR CELERITY, INC.'S MOTIONS Lead Case No. 05-CV-04374 MMC;
Consolidated with No. 05-CV-03560 MMC

1

1  Dated: October 30, 2007.

2                                              THELEN REID BROWN RAYSMAN &
3                                              STEINER LLP

5                                By      /s/ Keith L. Slenkovich
6                                       Keith L. Slenkovich
                                          Robert E. Camors, Jr.
7                                            Samuel J. Maselli
                                          Richard S. Swope
8                                            Karin M. Frenza
                                          Attorneys for Plaintiff/Counter-Defendant
                                          CELERITY, INC.

12  **IT IS SO ORDERED.**

14  Dated: October _31_, 2007.

15                                              Honorable Maxine M. Chesney
                                            United States District Court Judge

STIPULATION REGARDING PAGE LIMIT EXTENSION
DATE FOR CELERITY, INC.'S MOTIONS Lead Case No. 05-CV-04374 MMC;
Consolidated with No. 05-CV-03560 MMC

2