IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
|     Plaintiff/Counter-Defendant<br>v. | (Consolidated with C-05-3560 MMC) |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. | **ORDER GRANTING IN PART AND CONDITIONALLY GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS** |
|     Defendant/Counterclaimant | |
| and | |
| ULTRA CLEAN HOLDINGS, INC. | |
|     Defendant               / | |

Before the Court is defendants' Administrative Motion for Leave to File Documents Under Seal, filed October 31, 2007, by which defendants seek leave to file unredacted versions of three documents under seal.

Because defendants have shown that each of the three subject documents contains material properly filed under seal, defendants' motion is GRANTED and the Clerk is DIRECTED to file under seal the unredacted versions of the following three documents:

1. Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion for Entry of Judgment, Including Permanent Injunction;

2. Declaration of Lisa Kobialka in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion for Entry of Judgment, Including Permanent Injunction; and

3. Declaration of Sowmya Krishnan in Support of Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s Opposition to Celerity, Inc.'s Motion for Entry of Judgment, Including Permanent Injunction.

Defendants have not, however, filed in the public record a redacted version of the Krishnan Declaration,[1] nor have defendants shown the entirety of said declaration consists of material properly filed under seal. Consequently, the Court hereby conditions its grant of defendants' motion, to the extent it is based on a request to file under seal the unredacted version of the Krishnan Declaration, on defendants filing in the public record, no later than November 28, 2007, a properly-redacted version of said declaration. If defendants fail to timely file a properly-redacted version of the Krishnan Declaration, the Court will strike the unredacted version of the Krishnan Declaration from the record.

**IT IS SO ORDERED.**

Dated: November 21, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Defendants have filed in the public record properly-redacted versions of the other two documents.

2