1  KEITH L. SLENKOVICH, CA BAR NO. 129793
   kslenkovich@thelen.com
2  ROBERT E. CAMORS, JR., CA BAR NO. 121204
   bobcamors@thelen.com
3  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
4  KARIN M. FRENZA, CA BAR NO. 244606
   kfrenza@thelen.com
5  TOMOMI HARKEY, CA BAR NO. 244886
   tharkey@thelen.com
6  THELEN REID BROWN RAYSMAN & STEINER LLP
7  225 West Santa Clara Street, Suite 1200
   San Jose, CA 95113-1723
8  Tel. 408.292.5800
   Fax 408.287.8040
9
   Attorneys for Plaintiff/Counterdefendant
10 CELERITY, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., | **CASE NO.: 05-CV-04374 MMC** |
| Plaintiff/Counterdefendant, | **(Consolidated with No. 05-CV-03560 MMC)** |
| v. | |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., | **ORDER GRANTING PLAINTIFF CELERITY, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5)** |
| Defendant/Counterclaimant, | |
| and | |
| ULTRA CLEAN HOLDINGS, INC., | |
| Defendant. | |

-2-

Because good cause exists to support the sealing of documents containing trade secrets and confidential information, and because the request is narrowly tailored, plaintiff and counterdefendant Celerity, Inc.'s request to file under seal unredacted versions of the following documents is granted:

I. DECLARATION OF ERIC J. REDEMANN IN SUPPORT OF CELERITY'S REPLY IN SUPPORT OF ITS MOTION FOR ENTRY OF JUDGMENT, INCLUDING PERMANENT INJUNCTION

II. CELERITY'S EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF SOWMYA KRISHNAN IN SUPPORT OF ULTRA CLEAN'S OPPOSITION TO CELERITY'S MOTION FOR ENTRY OF JUDGMENT

IT IS SO ORDERED.

DATED: November 21, 2007

Hon. Maxine M. Chesney
United States District Judge