United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CELERITY, INC.,

          Plaintiff/Counter-Defendant

   v.

ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.

          Defendant/Counterclaimant

   and

ULTRA CLEAN HOLDINGS, INC.

          Defendant

_____/

No. C-05-4374 MMC

(Consolidated with C-05-3560 MMC)

**ORDER RE: DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF REGARDING BRIEFING SCHEDULE FOR MOTION TO STAY INJUNCTION**

On December 11, 2007, defendants filed a "Motion for Administrative Relief Regarding Briefing Schedule for Motion to Stay Injunction Pursuant to Civil L.R. 7-11," by which defendants seek an order shortening time with respect to their motion to stay, also filed December 11, 2007.[1]

Under the Local Rules of this District, a party who opposes a motion to shorten time must, "unless otherwise ordered," file its opposition no later than three days after the filing of a motion to change time; here, that date is December 14, 2007.   See Civil L.R. 6-3(b).

_____

[1]The motion to stay is noticed for hearing January 18, 2008.

1   Because the Court is unavailable beginning December 17, 2007, and in order to afford

2   sufficient time to consider the motion for administrative relief before such date, plaintiffs are

3   hereby DIRECTED to file any opposition, or other response, to said motion no later than

4   2:00 p.m. on December 14, 2007.

5       **IT IS SO ORDERED.**

6

7   Dated:  December 13, 2007

8                                                          MAXINE M. CHESNEY
                                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28