1  KEITH L. SLENKOVICH, CA BAR NO. 129793
   kslenkovich@thelen.com
2  ROBERT E. CAMORS, JR., CA BAR NO. 121204
   bobcamors@thelen.com
3  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
4  KARIN M. FRENZA, CA BAR NO. 244606
   kfrenza@thelen.com
5  TOMOMI HARKEY, CA BAR NO. 244886
   tharkey@thelen.com
6  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
7  San Jose, CA  95113-1723
   Tel. 408.292.5800
8  Fax 408.287.8040

9  Attorneys for Plaintiff/Counter-defendant
   CELERITY, INC.

10

11                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  CELERITY, INC., | **CASE NO. 05-CV-04374 MMC** |
| 15           Plaintiff/Counter-defendant | **(CASE NO. 05-CV-03560 MMC consolidated with lead case 05-CV-04374)** |
| 16       vs. | |
| 17  ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., | [~~PROPOSED~~] **ORDER DENYING ULTRA CLEAN'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING BRIEFING SCHEDULE FOR MOTION TO STAY INJUNCTION** |
| 18           Defendant/Counterclaimant | |
| 19       and | |
| 20  ULTRA CLEAN HOLDINGS, INC. | |
| 21           Defendant. | |

SV #322886 v1

[PROPOSED] ORDER DENYING ULTRA CLEAN'S ADMIN MOTION FOR EXPEDITED BRIEFING
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC

-1-

1    THIS CAUSE came before the Court on the motion of Ultra Clean Technology Systems
2 and Service, Inc, and Ultra Clean Holdings, Inc. (collectively "Ultra Clean").  The Court, having
3 considered the motion presented before the Court, the arguments of counsel in support of and in
4 opposition thereto, all prior pleadings and proceedings had herein, hereby orders as follows:
5    Ultra Clean' Motion for Administrative Relief Regarding Briefing Schedule for Motion to
6 Stay Injunction is hereby DENIED.  Celerity's Opposition and Ultra Clean's Reply shall be filed in
7 accordance with Local Rule 7-3.

9 Dated: December 14, 2007

HON. MAXINE M. CHESNEY

SV #322886 v1                                    -1-

[PROPOSED] ORDER DENYING ULTRA CLEAN'S ADMIN MOTION FOR EXPEDITED BRIEFING
Lead Case No. 05-CV-04374 MMC/Consolidated with No. 05-CV-03560 MMC