IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELERITY, INC., | No. C-05-4374 MMC |
|     Plaintiff/Counter-Defendant | (Consolidated with C-05-3560 MMC) |
| v. | **ORDER CONTINUING HEARING ON DEFENDANTS' PENDING MOTIONS; VACATING CASE MANAGEMENT CONFERENCE** |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC. | |
|     Defendant/Counterclaimant<br>and | |
| ULTRA CLEAN HOLDINGS, INC. | |
|     Defendant / | |

Before the Court is the parties' Joint Case Management Conference Statement, filed January 4, 2008.

The parties having jointly requested therein a continuance of the hearing on defendants' post-trial motions by one week, the hearing on each of defendants' pending motions is hereby CONTINUED from January 18, 2008 to January 25, 2008.

In light of the November 30, 2007 entry of judgment, the Case Management Conference scheduled for January 11, 2008 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 7, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge