| | |
|---|---|
| 1 | PAUL J. ANDRE, Bar No. 196585 (pandre@perkinscoie.com) |
| 2 | LISA KOBIALKA, Bar No. 191404 (lkobialka@perkinscoie.com) |
| 3 | JAMES HANNAH, Bar No. 237978 (jhannah@perkinscoie.com) |
| 4 | AMY SUN, Bar No. 237185 (asun@perkinscoie.com) |
| 5 | SEAN M. BOYLE, Bar No. 238128 (sboyle@perkinscoie.com) |
| 6 | PERKINS COIE LLP 101 Jefferson Drive |
| 7 | Menlo Park, CA 94025 Telephone: (650) 838-4300 |
| 8 | Facsimile: (650) 838-4350 |
| 9 | Attorneys for Defendants/Counterclaimant ULTRA CLEAN TECHNOLOGY SYSTEMS AND |
| 10 | SERVICE, INC., and ULTRA CLEAN HOLDINGS, INC. |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELERITY, INC., | Case No. 05-CV-04374 MMC (consolidated with No. C-05-CV-03560 MMC) |
| Plaintiff/Counter-Defendant, | |
| v. | ~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |
| ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC., | |
| Defendant/Counterclaimant, | Date: January 18, 2008 Time: 9:00 a.m. |
| and | Before: Honorable Maxine M. Chesney Location: Courtroom 7 |
| ULTRA CLEAN HOLDINGS, INC., | |
| Defendant. | |

Defendants Ultra Clean Technology Systems and Service, Inc.'s and Ultra Clean Holdings, Inc.'s ("Ultra Clean") Administrative Motion for Leave to File Documents under Seal ~~was heard~~ came before this Court ~~on January 18, 2008, at 9:00 a.m.~~

Upon consideration of this motion and the supporting declaration of Lisa Kobialka filed and for the reasons stated in the Court's order filed November 21, 2007 (see Docket # 536), therewith, the Court finds there to be good cause for granting Ultra Clean's request to file the subject documents under seal.

---

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL

Case No. 05-CV-04374 MMC
(consolidated with No. C-05-CV-03560 MMC)

| | |
|---|---|
| 1 | GOOD CAUSE having been shown, the Court finds that: |
| 2 | (1) The parties possess overriding confidentiality interests that overcome the right of |
| 3 | public access to the record in the ~~following documents:~~ redacted portion of the subject document; |
| 4 | (2) The parties' overriding confidentiality interests support sealing the record; |
| 5 | (3) A substantial probability exists that the parties' overriding confidentiality interests |
| 6 | will be prejudiced if the record is not sealed; |
| 7 | (4) The proposed sealing is narrowly tailored; ~~and~~ |
| 8 | (5) No less restrictive means exist to achieve this overriding interest; and |
| 9 | (6) A redacted version of the subject document has been electronically filed as Docket 519. |
| 10 | IT IS THEREFORE ORDERED that Ultra Clean's Motion for Leave to File Documents |
| 11 | under Seal is GRANTED. The Clerk is directed to file under seal the unredacted version of Exhibit 8 to the Declaration of Paul Andre in Support of Ultra Clean's Reply to Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b). |
| 13 | IT IS SO ORDERED. |

DATED: January 14, 2008

*[signature]*
The Honorable Maxine M. Chesney
United States District Judge